MARK BRNOVICH
ATTORNEY GENERAL

Christopher Davis (27887)
Jeremy Horn (024707)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-8555
Fax:  (602) 542-3393
DefensePhx@azag.gov
Christopher.Davis@azag.gov
Jeremy.Horn@azag.gov
*Attorneys for State Defendants*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James D. Hamberlin and Christine Hamberlin, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona; and Kriselle Colvin, an officer with the Arizona Game and Fish Department,<br><br>Defendants. | Case No:  2:18-cv-03624-DLR<br><br>**STATE DEFENDANTS' STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**Oral Argument Requested** |

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1(a), State Defendants hereby set forth the material facts not subject to genuine dispute that support their Motion for Summary Judgment.

### STATEMENT OF UNDISPUTED MATERIAL FACTS

**James Hamberlin**

1. On November 22, 2019, after a trial in the Apache Junction Justice Court, James Hamberlin was convicted of five class 2 misdemeanors for violating Arizona Administrative Code R12-4-319(C) and A.R.S. §§ 17-309(A)(1), 13-301-303, 13-707, and 13-802.  Hamberlin was accused and convicted of locating or assisting in locating wildlife with the aid of an aircraft during an open big game season or within 48 hours of an open big game season.  These violations occurred on or about October 27, 2017,

October 31, 2017, November 14, 2017, November 16, 2017, and November 17, 2017. The Justice Court acquitted Hamberlin of similar charges alleged to have been committed on or about September 2, 2017 and September 4, 2017. At the request of the prosecutor before trial, the Justice Court dismissed the first two counts of the criminal complaint, the charges related to locating wildlife by air on August 21-22, 2017. (Ex. A at 44:5–46:4; Ex. B; Ex. C)

2.    Hamberlin is a wealthy wildlife enthusiast whose hobbies include photographing wildlife and flying his powered parachute. Sometimes Hamberlin would combine these hobbies and take photographs of wildlife while flying in his powered parachute in the Superstition Mountains east of Phoenix. (Ex. A at 6:4–11:8)

3.    A powered parachute is a propeller driven cart suspended from a parachute that carries 1-2 people and allows them to fly at relatively low speeds. Hamberlin acquired his current two-seater powered parachute sometime in 2015 or 2016. In 2017, Hamberlin equipped his powered parachute with a parachute that was yellow with a red leading edge. Hamberlin modified the frame of his powered parachute prior to September 2017 to include a secure area to place a camera in front of his seat. In October 2017, Hamberlin installed a mount to the frame above his head where he could attach a Go Pro camera to take pictures or video while he was flying. Hamberlin also possessed two black helmets that he and any passenger riding with him would wear while flying. For taking pictures in flight, Hamberlin would either use his Go Pro camera or he would use a camera with a large telephoto lens. (Ex. A at 6:4–8:24, 15:5–20, 21:15-25)

4.    In late 2017, Hamberlin flew his powered parachute in the Superstition Mountains area on August 21, August 22, September 2, September 4, October 27, October 31, November 14, November 16, and November 17. During at least some of these dates, Hamberlin took pictures of wildlife while flying. On September 4, 2017, Hamberlin flew with a passenger in his powered parachute. (Ex. A at 12:11–14:25, 17:4-18)

5.      Sometimes in late 2017, when Hamberlin would fly by one or more animals that he wanted to take a picture of, he would circle around them to be able to get into a better vantage point to take pictures.  (Ex. A at 15:21–17:3)

6.      Hamberlin typically flew his powered parachute in the early daylight hours when the temperature was cool and his normal flight elevation was between 100 and 500 feet.  (Ex. A at 17:19–18:19)

7.      Hamberlin frequently took pictures of desert bighorn sheep from the air while flying.  (Ex. A at 31:24-32:8)

8.      In 2017, Hamberlin was a licensed hunter with the State of Arizona. Hamberlin has had a hunting license for all of his adult life and he was aware in 2017 that he was required to know and follow the Arizona Department of Game and Fish ("AZGF") regulations.  (Ex. A at 23:24–24:25)

9.      AZGF manages the State's wildlife and game by dividing the State into areas called Game Management Units ("GMU").  The areas around the Superstition Mountains where Hamberlin flew in 2017 were in GMU 24B and 22.  Hamberlin was familiar with GMU 24B and 22 and generally knew both units' boundaries.  (Ex. A at 22:23-23:9)

10.      In late 2017, Hamberlin was friends with nearly two dozen hunting guides, including guides Tim Downs and Bob Kyhn.  Hamberlin frequently talked with Downs in late 2017.  (Ex. A at 28:1-25, 30:19-25, 33:11-36:6)

**The Hunt for "Elvis"**

11.      In 2017, an Alaskan oral surgeon named Shane Rhoton successfully bid for an Arizona tag for a desert bighorn sheep tag at a special auction in Las Vegas.  The special auction tag was issued by AZGF on August 25, 2017 and was delivered to Tim Downs, who accepted it on behalf of Rhoton.  Rhoton hired Downs and Kyhn to assist him in locating and hunting a particular desert bighorn sheep nicknamed "Elvis."  (Ex. D at 100:20-102:9, Ex. E at 5)

12.     The desert bighorn sheep nicknamed Elvis was well-known to Hamberlin. Hamberlin first discovered Elvis in the wild and coined his nickname.  Every time Downs and Kyhn would encounter Elvis in the wild prior to Rhoton hiring them to assist him on the special auction tag hunt, they would call Hamberlin to see if he wanted to take pictures of Elvis.  Hamberlin had previously told Downs and Kyhn that he loved to take pictures of desert bighorn sheep and that he was constantly on the lookout for Elvis to take pictures of him in particular.  (Ex. D at 113:19-114:2; Ex. A at 35:17-38:5)

13.     Rhoton initially traveled to Arizona to hunt for Elvis with Downs and Kyhn in late September 2017.  While preparing for the hunt, Downs asked Hamberlin to assist him in locating a trail that they were considering using to locate Elvis and Hamberlin provided a map using his knowledge of the area.   While the hunt was underway, Downs later invited Hamberlin to join the hunt on the ground and Hamberlin accepted, briefly joining the hunt and taking pictures.  Ultimately, they were unable to locate Elvis on this hunt and Rhoton returned to Alaska but planned to return to Arizona in a few weeks to continue the hunt.  (Ex. A at 32:9-38:9; Ex. D at 101:18-102:7)

14.     Rhoton returned to Arizona in late October 2017 and, with the help of Downs and Kyhn, located and killed Elvis on October 21, 2017.  Hamberlin met with Rhoton, Downs, and Kyhn after Elvis was killed to take pictures on the ground.  Downs later told Hamberlin that Rhoton offered to pay for replica heads of Elvis to be made for them.   (Ex. D at 107:18-120:20; Ex. F)

15.     The length of a special auction tag hunting season covered an extended period from August 15, 2017 to August 14, 2018.  Hunting seasons authorized by the AZGF Commission for ordinary tags are usually much shorter.  In 2017, the hunting season for non-auction desert bighorn sheep tag holders was December 1-31.  The deer archery hunting season in GMU 24B was open from August 25, 2017 through September 14, 2017.  Other big game hunting seasons were open in the Superstition Mountains area from September to November 2017.  (Ex. D at 168:23-169:6, 182:1-187:19, Ex. E at 4)

**AZGF is Alerted That a Powered Parachute Pilot Was Locating Bighorn Sheep**

16.     In late August 2017, AZGF Captain Tim Holt received a text message from his brother that contained a photograph attachment.  The photograph, which appeared to have been taken from a low-flying aircraft, depicted several desert bighorn sheep grouped together with some of them looking up.  The photograph contained Hamberlin's name imprinted on the image as a watermark.  At this time, Captain Holt was Defendant Kriselle Colvin's immediate supervisor.  Captain Holt shared the photograph with Officer Colvin along with a text message asking her to be aware that someone might be using a drone or aircraft to locate bighorn sheep.  (Ex. D at 154:16-156:16; Ex. G at 63:9-64:2; Ex. H)

17.     On September 6, 2017, Kris and Dean Harris, who lived and worked at the Quarter Circle U Ranch near the Superstition Mountains called the AZGF "Operation Game Thief" hotline to report a suspected violation of AZGF regulations.  They reported that in the last week of August 2017, a person named Tim Downs asked permission to overfly the Quarter Circle U Ranch on a powered parachute as part of his work as a hunting guide.  The Harrises denied him permission but saw a powered parachute whose description matched Hamberlin's overfly the Ranch and nearby mountains on September 2, 2017 and September 4, 2017.  The Harrises reported that the pilot of the powered parachute appeared to be looking for desert bighorn sheep based on their circling the nearby mountain peaks where the sheep usually reside and roam.  The Harrises had a passing familiarity of who Tim Downs was and believed that he was a business partner of another hunting guide named Shane Koury, whom the Harrises also had a passing familiarity with and had heard that Koury flew a powered parachute.  Based on this background knowledge, the Harrises reported that they believed the powered parachute pilot might be Koury, though they were not able to get close enough to visually identify any occupant or occupants of the powered parachute.  (Ex. D at 193:12-196:3; Ex. E at 4-5)

18.     Captain Holt assigned Defendant Colvin to follow up with this report. Captain Holt also spoke to another wildlife enthusiast who reported that two other people may have witnessed the same powered parachute flying in that area on one of the reported days that appeared to be attempting to locate desert bighorn sheep.  Officer Colvin reached out to the two people, Bob Beeman and Ervin Earl, on September 11, 2017.  They both reported that they were hiking in the wilderness area not too far from the Quarter Circle U Ranch on September 4, 2017 when they saw a powered parachute whose description matched that of the Harrises'.  Though at a distance, Beeman reported seeing both occupants of the powered parachute wearing black helmets and reported that one of them had a camera with a large telephoto lens on it.  (Ex. D at 219:17-223:22; Ex. E at 5)

19.     At his deposition, Hamberlin admitted that Beeman's description matched how he and his passenger would have appeared when they flew in Hamberlin's powered parachute the morning of September 4, 2017 in the vicinity of the Quarter Circle U Ranch.  (Ex. A at 21:15-25)

**Defendant Colvin Begins Her Investigation**

20.     Defendant Colvin began investigating Shane Koury and obtained a search warrant for his cellphone records for the first few days of September 2017.   Using geolocation data contained in Koury's cellphone records, Defendant Colvin determined that Koury's phone was not located near where the witnesses had seen the powered parachute flying on September 2 and 4.  Based on this evidence, Defendant Colvin ruled out Koury as the pilot of the powered parachute and thus ruled him out as a suspect in her investigation.  (Ex. D at 189:5-12, 196:16-197:9)

21.     Defendant Colvin then began investigating Tim Downs and his known associates.  Along with the aerial photograph of desert bighorn sheep Captain Holt had sent her in late August 2017 with Hamberlin's name on it, Defendant Colvin also received other information that Hamberlin was well-known in the hunting and hunting guide community and was active in the Superstition Mountains area with his hobbies of

powered parachute flying and wildlife photography.  Looking up Hamberlin on public social media websites, Defendant Colvin discovered dozens of pictures of wildlife posted on pages with Hamberlin's name on them.  Many of the photographs were embedded with Hamberlin's watermarked name and many depicted desert bighorn sheep.  Recognizing the appearance of some of the terrain, Defendant Colvin believed that several of the images of desert bighorn sheep appeared to have been taken from the air in the area around the Superstition Mountains, including ones that had been posted on Hamberlin's social media web pages in late August and early September 2017.  Defendant Colvin also checked the FAA registry database and discovered that Hamberlin registered his two-seater powered parachute in late 2016.  (Ex. D at 142:8-145:23, 197:10-15; Ex. E at 5-6)

22.    Defendant Colvin then sought and obtained search warrants for Hamberlin's and Downs' social media accounts and cellphones.  The cellphone records for both Hamberlin and Downs showed that they spoke frequently, including on the mornings of September 2, 2017 and September 4, 2017.  Hamberlin's cellphone records also showed that his signal was relayed to cellphone towers near the Superstition Mountains on September 2 and 4, indicating that on both mornings he was in that area.  Hamberlin's and Downs' cellphone records and social media records also showed they communicated with each other about when Rhoton was flying to Arizona from Alaska to hunt Elvis, the logistics of Downs and Kyhn hunting Elvis, and general discussions of Elvis's location. (Ex. D at 89:1-10; Ex. E at 6)

23.    On October 27, 2017, while on-duty wearing her AZGF uniform and driving in the Superstition Mountains area in an AZGF vehicle, Defendant Colvin observed a two-seater powered parachute fly overhead that matched the description provided by the Harrises', Beeman, and Earl.  Based on her knowledge of the area, Defendant Colvin knew that powered parachute pilots sometimes used a nearby dirt strip to land and launch their aircraft and she drove to that location.  There, Defendant Colvin observed Hamberlin's powered parachute land in front of her.  Defendant Colvin took a

picture of the powered parachute and noted that there was a Go Pro camera mounted to the frame as well as a camera with a large telephoto lens in front of the pilot's seat. Defendant Colvin approached Hamberlin, who identified himself, and began a conversation asking about where Hamberlin had been flying and what he had seen. (Ex. D at 46:3-78:19, 113:19-23, 190:10-15, 205:10-209:10)

24.    During Defendant Colvin's conversation with Hamberlin, she briefly went back to her AZGF vehicle, turned on a recording device, and then re-engaged in conversation with Hamberlin.  Hamberlin was not aware that the remainder of his conversation with Defendant Colvin was recorded. (Ex. D at 49:1-50:23)

25.    During both the recorded and unrecorded portion of their conversation, Hamberlin told Defendant Colvin that he takes his camera with him while flying his powered parachute and that he attempts to take photographs of desert bighorn sheep from the air.  Hamberlin told Defendant Colvin that he first "discovered" and named Elvis and that he has taken thousands of pictures of Elvis.  Hamberlin then showed Defendant Colvin several pictures on his cellphone of Elvis.  Hamberlin also stated to Defendant Colvin that he was with Rhoton and Downs when Rhoton killed Elvis on October 21, 2017 and that he took photographs of Rhoton posing with Elvis's corpse. (Ex. D at 46:21-78:19, 113:19-114:19, 190:10-15, 205:10-209:10; Ex. E at 6)

26.    On November 14, 2017, Dean and Kris Harris reported to Defendant Colvin that they had seen a similar looking powered parachute flying near the Quarter Circle U Ranch as the one they saw before and with the same circular patterns near mountain ridges that appeared to them that the pilot was looking for desert bighorn sheep.  The Harrises reported seeing this powered parachute on October 31, 2017 and that same day on November 14.  On November 16, 2017, while out in the field near the Superstition Mountains, Captain Holt observed Hamberlin flying his powered parachute and watched Hamberlin land before packing it up in a trailer and driving away. (Ex. D at 218:22-219:16, Ex. E at 6; Ex. G at 134:18-24)

**Defendant Colvin Obtains and Executes a Residential Search Warrant**

27.     After the last sighting on November 16, Defendant Colvin began preparing a search warrant for the residences and vehicles of Hamberlin and Downs.  Defendant Colvin suspected them of using a powered parachute to locate and/or assist others in locating wildlife and desert bighorn sheep in particular during an open big game season and believed that the residences and vehicles of both men would contain evidence further establishing the dates, times, and locations of these violations.  Defendant Colvin consulted with Captain Holt during the course of the investigation.  Prior to submitting her residential search warrant affidavit for Hamberlin and Downs to a judge, Defendant Colvin's affidavit was reviewed and approved by various AZGF supervisors.  This review and approval process included at least four individuals - another investigator not involved in the case, Captain Holt, the AZGF regional supervisor who was Captain Holt's immediate superior, and the AZGF law enforcement division chief, Gene Elms. AZGF policy requires officers to obtain the approval of at least a regional supervisor before seeking a search warrant from a magistrate.  Defendant Colvin complied with this policy prior to submitting her search warrant affidavit to a magistrate and went above and beyond the policy's minimum review requirements.  (Ex. D at 200:10-203:16; Ex. E at 5-7; Ex. G at 136:19-140:21)

28.     After obtaining approval of the affidavit's contents and form from her AZGF chain of command, Defendant Colvin submitted her affidavit in support of the Hamberlin residential search warrant to a judge on November 21, 2017.  Judge Pro Tem Kenneth Skiff approved and signed the search warrant that day.  (Ex. E)

29.     In her affidavit, Defendant Colvin summarized her investigation up to that point, but did not include the fact that she had ruled out Shane Koury as the pilot of the powered parachute on September 2 and 4.  Defendant Colvin did include the fact that some initial witnesses suspected hat Shane Koury might have been the pilot on those days.  Defendant Colvin included this fact despite knowing that this suspicion was not accurate in order to show why her investigation expanded to include Hamberlin as a

suspect and how Hamberlin and Tim Downs, the person the Harrises' reported asked for overflight permission over the Quarter Circle U Ranch in August 2017, were connected. (Ex. D at 193:12-197:9; Ex. E at 4-5)

30.    Later on November 21, AZGF officers, including Defendant Colvin, traveled to Hamberlin's home and served the residential search warrant on Hamberlin's wife, Christine.  Christine called Hamberlin and Hamberlin arrived at the residence shortly thereafter.  Hamberlin was given a copy of the residential search warrant and stayed on the premises while the house and his vehicles were searched by AZGF officers.  Hamberlin's children arrived at the residence around the time that Hamberlin did, but Hamberlin ultimately sent the children to stay at a friend's house while AZGF officers continued to execute the search warrant.  (Ex. D at 209:12-213:9)

31.    AZGF officers attempted to ask Hamberlin questions while the search was underway, but Hamberlin asked to speak to an attorney and AZGF officers discontinued any questioning.  Hamberlin was not arrested or placed into handcuffs during any portion of the search.  (Ex. D at 136:17-25)

32.    Pursuant to the warrant, AZGF officers took numerous items during the course of the search including Hamberlin's powered parachute, thumb drives, personal computers, external hard drives, digital cameras, and cellphones belonging to Hamberlin and his wife.  (Ex. I at 2-3; Ex. J)

33.    Hamberlin used some of these items, such as his cellphone and one of the computers, for both work and personal purposes.  But Hamberlin and his wife were able to purchase a replacement cellphone and computer the day after the search warrant was executed so that his work would be minimally affected by the loss of the cellphone and computer seized by AZGF.  The temporary loss of the items AZGF took that Hamberlin used for work purposes did not have any significant effects on his work.  (Ex. A at 59:24-61:16)

**Hamberlin Controverts the Warrant and Faces Criminal Charges**

34.     While the investigation was still underway, Hamberlin filed a motion to controvert the search warrant under A.R.S. § 13-3922 on April 10, 2018.  This statute provides owners of seized property taken pursuant to a warrant with the right to a hearing before a magistrate.  The magistrate is tasked under the statute with reducing the testimony of each witness at the hearing to writing and certifying it.  If the magistrate determines that probable cause does not exist for believing the items taken are subject to seizure, the magistrate shall order the property returned to its owner.  (Ex. K; A.R.S. § 13-3922(A))

35.     After a short evidentiary hearing was conducted on the matter on June 25, 2018, Maricopa County Superior Court Judge Sam Myers issued a ruling granting Hamberlin's motion to controvert on July 9, 2018.  While Judge Myers did not reduce the testimony of each witness who testified at the hearing to writing and certify it as A.R.S. § 13-3922 required, Judge Myers ruled that Defendant Colvin's residential search warrant for Hamberlin's home was not supported by probable cause.  The apparent basis for Judge Myers' ruling was that Defendant Colvin did not specifically mention in her search warrant affidavit that Defendant Colvin eventually determined that the Harrises' reported belief that Shane Koury might have been the powered parachute pilot was proven to be incorrect.  Since this information did not exculpate Hamberlin or otherwise cast doubt on the perception or faculties of the two witnesses, among others, who did report seeing the powered parachute, it is unclear from Judge Myers' ruling how and why Defendant Colvin's failure to include this information in her affidavit caused it to lack probable cause.  Judge Myers did not articulate any other basis for why he ruled Defendant Colvin's affidavit lacked probable cause.  Nevertheless, Judge Myers' ruling noted that Defendant Colvin engaged in a reasonable investigation following the citizens' reports to AZGF and that the court found nothing improper in Defendant Colvin's investigation based upon the suspicion.  (Ex. L at 2-3)

11

36.     Following Judge Myers' ruling and his denial of AZGF's request to stay the ruling, Hamberlin's representative picked up the remaining items of his property from AZGF that had not yet been returned on September 24, 2018.  (Ex. M at 41:2-42:14; Ex. N)

37.     On September 5, 2018, as a result of Defendant Colvin's investigation, the Pinal County Attorney's Office criminally charged Hamberlin with 11 counts of class 2 misdemeanors.  (Ex. B)

38.     On July 20, 2020, State Defendants' disclosed the report of their police practices expert, Kenneth Wallentine.  Wallentine has been a law enforcement officer for over 38 years, is also an attorney, and has held numerous law enforcement supervisory positions, including as a supervisory special agent and the Chief of Law Enforcement for the Utah Attorney General's Office.  In the course of writing his report, Wallentine reviewed Defendant Colvin's investigative report, the written eyewitness statements of those who observed the powered parachute in the Superstition Mountains in late 2017, Defendant Colvin's affidavit in support of the residential search warrant, Hamberlin's motion to controvert and Judge Myers' order granting it, Hamberlin's complaint in this case, the criminal complaint against Hamberlin by the Pinal County Attorney's Office, and various disclosures, motions, and orders made thus far in this civil case.  Wallentine stated in his report that based on the information Defendant Colvin included in her search warrant affidavit, a reasonable and well-trained law enforcement officer would have concluded that there was probable cause to seek and obtain a search warrant.  (Ex. O, ¶ 11)

39.     Wallentine also opined that he has previously reviewed hundreds of other affidavits seeking a warrant from various law enforcement agencies in the course of his career.  Wallentine stated that in his experience, wildlife resource officers such as those employed by AZGF typically prepare the most carefully and logically-drafted affidavits he has read compared to other types of law enforcement agencies.  Wallentine opined

that Defendant Colvin's affidavit is consistent with his previous experiences and views. (Ex. O, ¶ 6)

RESPECTFULLY SUBMITTED this 30th day of November, 2020.

Mark Brnovich
Attorney General

/s/Jeremy Horn
Christopher Davis
Jeremy Horn
Assistant Attorneys General
*Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2020, I electronically transmitted the foregoing documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

Joel Robbins, Esq.
Anne Findling, Esq.
Jesse Showalter, Esq.
Lauren Channell, Esq.
Robbins & Curtin, PLLC
301 E. Bethany Home Road, Suite B-100
Phoenix, Arizona  85012
*Attorneys for Plaintiff*

s/ Eleanor Powell
#8903217

13